UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XINYU CHEN

                    *Plaintiff,*

        – against –

UNITED RENTALS (NORTH AMERICA), INC.,
*and* TROY RANKINS,

                    *Defendants.*

_____

UNITED RENTALS (NORTH AMERICA), INC.,
*and* TROY RANKINS

                    *Third-Party Plaintiffs,*

        – against –

CHEN CHAO MA,

                    *Third-Party
                    Defendant.*

**ORDER**

23-cv-9969 (ER)

Ramos, D.J.:

      The Court is in receipt of Defendants' proposed order for default judgment, which

requests $5,100 in attorneys' fees.  Doc. 27.  Defendants are directed to submit a document

providing the basis for these fees by August 23, 2024.

      It is SO ORDERED.

Dated:    August 19, 2024
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.